```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RANDI GLAZER,                                   :

                Plaintiff,                      :

        -against-                               :

FIREMAN'S FUND INSURANCE                        :
COMPANY, et ano,
                                                :
                Defendants.
------------------------------------------------------------x
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/12
```

**ORDER**

11 Civ. 4374 (PGG) (FM)

**FRANK MAAS,** United States Magistrate Judge.

Pursuant to the conference held earlier today, it is hereby ORDERED that:

1. By January 27, 2012, at 5 p.m., Ms. Glazer shall communicate a settlement demand to Fireman's Fund.

2. By Wednesday, February 1, 2012, Ms. Glazer, Fireman's Fund, and LivePerson shall make the written submissions I have requested. By that same date, Ms. Mesidor shall submit to Chambers a letter concerning the Defendants' alleged violation of two federal statutes.

3. By February 7, 2012, Defendants' counsel shall submit a letter in response.

SO ORDERED.

Dated:   New York, New York
         January 26, 2012

                                            _____
                                            FRANK MAAS
                                            United States Magistrate Judge

Copies to:

Honorable Paul G. Gardephe
United States District Judge

Marjorie Mesidor, Esq.
Phillips & Phillips
Fax: (212) 587-4169

Jacob Oslick, Esq.
Seyfarth Shaw, LLP
Fax: (212) 218-5526

David R. Lurie, Esq.
Satterlee Stephens Burke & Burke LLP
Fax: (212) 818-9606