# SEYFARTH
## ATTORNEYS SHAW LLP

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-6480

Writer's e-mail
joslick@seyfarth.com

February 17, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/12

**MEMO ENDORSED**

*Depositions shall be held in abeyance until I rule.*
*Maas, USMJ,*
*2/21/12*

By Fax (212) 805-6724
Hon. Frank Maas, U.S.M.J.
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   Glazer v. Fireman's Fund Insurance Company, et al., 11-CV-4374 (PGG) (FM)

Dear Judge Maas:

Defendants Fireman's Fund Insurance Company ("FFIC") and Harold Fowlkes write in regard to our request that the Court order Plaintiff Randi Glazer's deposition to proceed first.

On January 26th, the Court directed that fact discovery proceed while the Court decided the LivePerson issue, except for the depositions of Plaintiff and her direct report, Michael Ryan. Defendants subsequently requested, in their February 1 and 2 submissions, that the Court order Plaintiff's deposition to proceed first, with leave for Defendants to recall her after receipt of the LivePerson documents. As discussed in the February 1 and 2 submissions, Defendants made this request in light of: (i) the parties' repeated oral and written agreement to "hold off" on depositions until the LivePerson dispute is resolved; (ii) the parties' originally agreed-to schedule, which called for deposing Plaintiff first; and (ii) Plaintiff's litigation conduct, which raises concerns that she will improperly attempt to tailor her testimony to Mr. Fowlkes' statement at deposition.

Mr. Fowlkes is currently scheduled to be deposed on February 27th. Thus, if the Court does not act before then on Defendants' request to depose Plaintiff first, Defendants' request will become moot. Consequently, we ask that the Court decide this issue at its earliest convenience.

Respectfully submitted,

SEYFARTH SHAW LLP

*Jacob Oslick*
Jacob Oslick

cc:   Marjorie Mesidor, Esq. (by email)
      David Lurie, Esq. (by email)

BRUSSELS | WASHINGTON, D.C. | SAN FRANCISCO | SACRAMENTO | NEW YORK | LOS ANGELES | HOUSTON | CHICAGO | BOSTON | ATLANTA

14209324v.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK